[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 19, 2011
JOHN LEY
CLERK

No. 11-10213
Non-Argument Calendar
_____

D.C. Docket No. 6:09-cr-00049-MSS-KRS-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YVON DORT,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 19, 2011)

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Charles E. Taylor, appointed counsel for Yvon Dort in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dort's convictions and sentences are **AFFIRMED**.